UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

  v.

David Joseph Alameda, in his individual and representative capacity as Trustee of the The David Joseph Alameda Revocable Living Trust;
Barbie L Hampton dba Folsom Smog Test Only; and Does 1-10,

    Defendants.

Case: 2:13-CV-01068-MCE-EFB

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

## ORDER

Having read Plaintiff's Notice of Voluntary Dismissal, ECF No 9, and good cause appearing, this action is hereby ordered DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT